FILED
CLERK, U.S. DISTRICT COURT

07/12/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EARNEST AKINDELE TEAMER,<br>　aka "Scooby,"<br>　aka "Splash,"<br>　aka "Water Splash,"<br>　aka "SPLASH CiTyBoi,"<br>　aka "$koobystacks,"<br><br>　　　　Defendant. | ED CR No. 5:23-cr-00130-SB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2423(a): Transportation of a Minor with Intent to Engage in Criminal Sexual Activity; 18 U.S.C. §§ 2251(a), (e): Production of Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt and Distribution of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(a)]

Beginning on or about October 9, 2021, and continuing to on or about December 4, 2021, in San Bernardino County, within the Central District of California, and elsewhere, defendant EARNEST AKINDELE TEAMER, also known as ("aka") "Scooby," aka "Splash," aka "Water Splash," aka "SPLASH CiTyBoi," aka "$koobystacks," knowingly transported an individual, who had not attained the age of 18 years, in interstate and foreign commerce, with the intent that such

individual engage in sexual activity for which any person can be charged with a criminal offense.

COUNT TWO

[18 U.S.C. §§ 2251(a), (e)]

On or about December 27, 2022, in San Bernardino County, within the Central District of California, defendant EARNEST AKINDELE TEAMER, also known as ("aka") "Scooby," aka "Splash," aka "Water Splash," aka "SPLASH CiTyBoi," aka "$koobystacks," knowingly employed, used, persuaded, induced, enticed, and coerced a minor girl, who had not attained 18 years of age, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, namely, a video depicting defendant TEAMER manipulating the buttocks of the minor girl, then a 15-year-old child, with his penis and placing his penis into the mouth of the minor girl, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular phone, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including the Internet.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about December 4, 2021, in San Bernardino County, within the Central District of California, defendant EARNEST AKINDELE TEAMER, also known as ("aka") "Scooby," aka "Splash," aka "Water Splash," aka "SPLASH CiTyBoi," aka "$koobystacks," knowingly received on Snapchat account "earnie_teamer" child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant TEAMER received on Snapchat Account "earnie_teamer" consisted of a video depicting TEAMER licking the anus and vagina of a child, who was under the age of 18 years old.

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about February 22, 2023, in San Bernardino County, within the Central District of California, defendant EARNEST AKINDELE TEAMER, also known as ("aka") "Scooby," aka "Splash," aka "Water Splash," aka "SPLASH CiTyBoi," aka "$koobystacks," knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant TEAMER received via text message consisted of three images depicting a child, who was under the age of 18 years old, with a penis in her mouth.

COUNT FIVE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about February 26, 2023, in San Bernardino County, within the Central District of California, defendant EARNEST AKINDELE TEAMER, also known as ("aka") "Scooby," aka "Splash," aka "Water Splash," aka "SPLASH CiTyBoi," aka "$koobystacks," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

//

//

The child pornography that defendant TEAMER distributed consisted of a video depicting TEAMER manipulating the buttocks of a child and placing his penis into the mouth of a child, who was under the age of 18 years old.

A TRUE BILL

/s/

Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

TRITIA L. YUEN
Assistant United States Attorney
Riverside Branch Office